UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott Johnson,<br><br>    Plaintiff,<br><br>  v.<br><br>C.C.J.S., LLC, a California Limited Liability Company; Alan Smith; and Does 1-10,<br><br>    Defendants | Case: 2:14-CV-02034-WBS-AC<br><br>**NOTICE OF DISMISSAL & ORDER THEREON** |

## ORDER

Having read the foregoing notice and good cause appearing therefore, the entire case is hereby ordered dismissed without prejudice.

Dated: October 21, 2014

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE